Matter of Wohlfeil v Sharel Ventures, LLC (2018 NY Slip Op 05967)

Matter of Wohlfeil v Sharel Ventures, LLC

2018 NY Slip Op 05967 [32 NY3d 981]

September 6, 2018

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, November 7, 2018

[*1]

In the Matter of the Claim of Melody Wohlfeil, Respondent,
v
Sharel Ventures, LLC, Respondent. Workers' Compensation Board, Appellant.

Decided September 6, 2018

Matter of Wohlfeil v Sharel Ventures, LLC, 155 AD3d 1264, reversed.

APPEARANCES OF COUNSEL

Barbara D. Underwood, Attorney General, Albany (Laura Etlinger and Andrew D. Bing of counsel), for appellant.
Habberfield Kaszycki, LLP, Buffalo (Melissa Habberfield of counsel), for Sharel Ventures, LLC, respondent.
Melvin Bressler, Pittsford, for Melody Wohlfeil, respondent.

{**32 NY3d at 982} OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, and decision of the Workers' Compensation Board reinstated. On this record, substantial evidence supports the Board's determination that claimant has a permanent partial disability with a 75% loss of wage-earning capacity (see generally Matter of Zamora v New York Neurologic Assoc., 19 NY3d 186, 192-193 [2012]; see also Matter of Burgos v Citywide Cent. Ins. Program, 30 NY3d 990, 990-991 [2017]).
Concur: Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman.